IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSEPH BRANOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-1152-C |
| | ) | |
| CRIMINAL JUSTICE AUTHORITY, | ) | |
| and JASON CARPENTER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

Although Plaintiff has submitted a document for filing, it does not satisfy the requirements of the Report and Recommendation of December 13, 2014, nor does it state any objection to the Report and Recommendation.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8), and for the reasons announced therein, this action is dismissed, without prejudice.

IT IS SO ORDERED this 20th day of February, 2015.

ROBIN J. CAUTHRON
United States District Judge